IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| MARSHA M. HARRAH | ) | |
| | ) | CASE NO. 1:11CV00866 |
| Plaintiff, | ) | |
| | ) | |
| | ) | JUDGE DONALD C. NUGENT |
| vs. | ) | |
| | ) | |
| | ) | **JUDGMENT** |
| DSW INC. | ) | |
| | ) | |
| Defendant. | ) | |

For the reasons stated in the Court's contemporaneous Memorandum Opinion and Order, Defendant DSW Inc.'s Motion for Judgment on the Pleadings (ECF #~~97~~ 23) is GRANTED.

IT IS SO ORDERED.

_____
DONALD C. NUGENT
UNITED STATES DISTRICT JUDGE

DATED: February 9, 2012

14