# United States District Court for the Northern District of Ohio

**Plaintiff,**

**vs.**                                                                    **CASE NO.**

**Judge**

**Defendant.**

# NOTICE OF APPEAL

Notice is hereby given that                                                                                               ,
(here name all parties taking the appeal)

hereby appeal to the United States Court of Appeals for the Sixth Circuit from

(the final judgment) (from an order (describing it))

entered in this action on the            day of                 ,        .

(s)

Address:

Phone #:

Attorney for

6CA-3